FILED
CLERK, U.S. DISTRICT COURT

AUG 2 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDGAR NELSON PITTS,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT A. HOOD, Warden,<br><br>    Respondent. | No. CV 03-5990-AHS (AGR)<br><br>**JUDGMENT** |

    Pursuant to the order adopting the magistrate judge's report and recommendation,

    IT IS ADJUDGED that the petition in this matter is denied.

DATED: AUG 2 5 2008

_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE